Lawrence S. Grosberg (State Bar No. 42252)
  lgrosberg@frandzel.com
Brett L. McClure (State Bar No. 210855)
  bmcclure@frandzel.com
Gerrick M. Warrington (State Bar No. 294890)
  gwarrington@frandzel.com
FRANDZEL ROBINS BLOOM & CSATO, L.C.
1000 Wilshire Boulevard
Nineteenth Floor
Los Angeles, California  90017-2427
Telephone: (323) 852-1000
Facsimile: (323) 651-2577

Attorneys for Plaintiff
IDC Logistics Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| IDC LOGISTICS INC., a California corporation,<br><br>        Plaintiff,<br><br>v.<br><br>POP CAPACITY, INC., a Delaware corporation,<br><br>        Defendant. | Case No. 2:23-cv-04703-FMO-MAA<br><br>**ORDER APPROVING STIPULATION [20] FOR COURT TO DISMISS ACTION WITHOUT PREJUDICE**<br><br>[Fed. R. Civ. P. 41(a)(2)] |

The Court, having considered the *Stipulation for Court to Dismiss Action Without Prejudice and to Retain Jurisdiction to Enforce the Parties' Settlement Agreement* ("Stipulation") (Dkt. 18) and good cause appearing,

ORDERS AS FOLLOWS:

1. The Stipulation is APPROVED as set forth in this order.

2. This Action is hereby dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. All deadlines and hearings, including the Scheduling Conference, are hereby VACATED.

DATED: September 5, 2023.

/s/
Honorable Fernando M. Olguin
United States District Judge